CSD417A (Adv.)[12/1/18]
Name, Address, Telephone No. & I.D. No.

PILLSBURY WINTHROP SHAW PITTMAN LLP
Matthew S. Walker (Cal. Bar No. 101470)
12255 El Camino Real, Suite 300
San Diego, CA   92130-4088
Telephone:   858.509.4000
Facsimile:   858-509-4010
matthew.walker@pillsburylaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Cuker Interactive, LLC                                  Debtor | BANKRUPTCY NO. 18-07363-LA11 |
| Cuker Interactive, LLC                                  Plaintiff(s)<br>v.<br>Pillsbury Winthrop Shaw Pittman LLP                  Defendant(s) | ADVERSARY NO. 20-90075-LA |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   Pillsbury Winthrop Shaw Pittman LLP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   (1) Order on Cuker Interactive, LLC's Motion for Summary Judgment, Dkt. No. 42; and
   (2) Judgment, Dkt. No. 53.

2. State the date on which the judgment, order, or decree was entered:

   No. 1: September 17, 2020;
   No. 2: September 21, 2020

CSD417A (Adv)

4826-4016-5836.v1



**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone Numbers of their attorneys (attach additional pages if necessary):

1. Party: Cuker Interactive, LLC        Attorney: Michael D. Breslauer
                                                  Solomon Ward Seidenwurm & Smith, LLP
                                                  401 B Street, Ste. 1200
                                                  San Diego, CA 92101

2. Party:                               Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant elects to have the appeals heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_                                       Date: September 22, 2020

Signature of attorney for appellant(s) (or appellant(s)
If not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney)

Matthew S. Walker (Cal. Bar No. 101470)
PILLSBURY WINTHROP SHAW PITTMAN LLP
12255 El Camino Real, Suite 300
San Diego, CA   92130-4088
Tel:   858.509.4000

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

CSD417A (Adv)

# Order on Cuker Interactive, LLC's Motion for Summary Judgment

**CSD 3000C** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Plaintiff Cuker Interactive, LLC

Order Entered on September 17, 2020 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Cuker Interactive, LLC,

Debtor.

**LODGED**

BANKRUPTCY NO. 18-07363-LA11

Cuker Interactive, LLC,

Plaintiff(s)

ADVERSARY NO. 20-90075-LA11

v.

Pillsbury Winthrop Shaw Pittman, LLP,

Defendant(s)

Date of Hearing: July 9, 2020
Time of Hearing: 2:30 p.m.
Name of Judge: Louise DeCarl Adler

## ORDER ON CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT

The court orders as set forth on the continuation pages attached and numbered Two (2) through Five (5) with exhibits, if any, for a total of Five (5) pages. Notice of Lodgment Docket Entry No. 40.

//
//
//
//

DATED: September 17, 2020

Judge, United States Bankruptcy Court

**CSD 3000C**

Case 20-90075-LA Filed 09/17/20 Entered 09/17/20 17:57:07 Doc 42 Pg. 2 of 2
Case 20-90075-LA Filed 09/21/20 Entered 09/21/20 18:38:50 Doc 45 Pg. 5 of 10
**CSD 3000C** [07/01/18]**(Page 2)**
ORDER ON CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT
DEBTOR: Cuker Interactive, LLC CASE NO.: 18-07363-LA11
ADV. NO.: 20-90075-LA11

On May 29, 2020, Plaintiff and Debtor-In-Possession Cuker Interactive, LLC ("Cuker") filed and served its Complaint containing two caues of action, Declaratory Relief to Determine Secured Status of Pillsbury Winthrop Shaw Pittman's Claim No. 13, and for Avoidance of Lien (the "Complaint"). On June 3, 2020, Cuker filed its Motion for Summary Judgment (the "Motion") (Dkt. No. 4) seeking the Court's determination that Pillsbury Winthrop Shaw Pittman's ("Pillsbury") Claim No. 13 is an unsecured claim for all purposes in Cuker's bankruptcy case. On June 25, 2020, Pillsbury filed its Request for Continuance and Opposition to Motion for Summary Judgment with Reservation if Rights (Dkt. No. 10), and on July 2, 2020, Cuker filed its Reply (Dkt. No. 14). On July 8, 2020, the Court filed its Tentative Ruling on the Motion (Dkt. No. 17; the "Tentative Ruling"), and on July 9, 2020 at 2:30 p.m., the Honorable Louise DeCarl Adler, United States Bankruptcy Judge, presided over oral argument where Michael D. Breslauer, Esq. appeared on behalf of Cuker, and Matthew S. Walker, Esq. appeared on behalf of Pillsbury. On September 4, 2020, Cuker filed its voluntary dismissal of its cause of action seeking lien avoidance, without prejudice (Dkt. No. 38). There were no other appearances.

Following oral argument, the Court took the matter under submission and on August 21, 2020, the Court filed its Letter Opinion (Dkt. No. 32; the "Letter Opinion").

The Tentative Ruling and the Letter Opinion constitute findings of fact and conclusions of law herein as may be required by Fed. R. Bankr. P 7052 and Fed. R. Bankr. P 9014.

Based on the facts and arguments as set forth in the Motion and the Reply, the papers filed in opposition, and the arguments made in oral argument, and for the reasons expressed in the Tentative Ruling and the Letter Opinion, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. Judgment shall be entered in favor of Cuker as Plaintiff and against Pillsbury on the Complaint in the form attached hereto as Exhibit A.

IT IS SO ORDERED.

**CSD 3000C**
American LegalNet, Inc.
www.FormsWorkFlow.com

Signed by Judge Louise DeCarl Adler September 17, 2020

# Judgment

**CSD 3000C** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Plaintiff Cuker Interactive, LLC

Order Entered on
September 21, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>Cuker Interactive, LLC,<br><div align="right">Debtor.</div> | **LODGED**<br><br>BANKRUPTCY NO. 18-07363-LA11 |
|---|---|
| Cuker Interactive, LLC,<br><div align="right">Plaintiff(s)</div> | ADVERSARY NO. 20-90075-LA11 |
| v.<br>Pillsbury Winthrop Shaw Pittman, LLP,<br><div align="right">Defendant(s)</div> | Date of Hearing: July 9, 2020<br>Time of Hearing: 2:30 p.m.<br>Name of Judge: Louise DeCarl Adler |

### JUDGMENT

The court orders as set forth on the continuation pages attached and numbered <u>Two (2)</u> through <u>Two (2)</u> with exhibits, if any, for a total of <u>Two (2)</u> pages. Notice of Lodgment Docket Entry No. <u>40</u>.

//
//
//
//

DATED: September 20, 2020

_____
Judge, United States Bankruptcy Court

**CSD 3000C**



**CSD 3000C** [07/01/18] **(Page 2)**
ORDER ON CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT
DEBTOR: Cuker Interactive, LLC
CASE NO.: 18-07363-LA11
ADV. NO.: 20-90075-LA11

In accordance with the Court s Order on Plaintiff and Debtor-in-Possession Cuker Interactive, LLC s Motion for Summary Judgment of this date, it is:

ORDERED, ADJUDGED AND DECREED that Pillsbury Winthrop Shaw Pittman LLP s claim filed in the above-captioned Chapter 11 case as Claim No. 13 shall be, and hereby is deemed, a general, non-priority, unsecured claim for all purposes.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that pursuant to Fed. R. Bankr. P. 9021, this constitutes a final judgment in this Adversary Proceeding in favor of the Plaintiff Cuker Interactive, LLC.

IT IS SO ORDERED.

**CSD 3000C**



American LegalNet, Inc.
www.FormsWorkFlow.com

Signed by Judge Louise DeCarl Adler September 20, 2020

CSD 3010 [07/01/18]

Name, Address, Telephone No. & I.D. No.
Matthew S. Walker (Cal. Bar No. 101470)
PILLSBURY WINTHROP SHAW PITTMAN LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone:  858.509.4000
Email:  matthew.walker@pillsburylaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
CUKER INTERACTIVE, LLC
                                                    Debtor.

BANKRUPTCY NO. 18-07363-11-LA-11

CUKER INTERACTIVE, LLC
                                            Moving Party

Adv. No. 20-90075-LA11

v.

PILLSBURY WINTHROP SHAW PITTMAN LLP
                                            Respondent

# PROOF OF SERVICE

I, Renee Evans, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On September 22, 2020, I served the following documents: **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  September 22, 2020  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

• Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com

☐  Chapter 7 Trustee:

☐  For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐  For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐  For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

American LegalNet, Inc.
www.FormsWorkFlow.com

4844-2788-8329.v1

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail:**

On September 22, 2020, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via first class mail, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  September 22, 2020           Renee Evans   /s/Renee Evans
            (Date)                        (Typed Name and Signature)

                                          501 West Broadway, Suite 1100
                                          (Address)
                                          San Diego, CA  92101
                                          (City, State, ZIP Code)

CSD 3010

American LegalNet, Inc.
www.FormsWorkFlow.com

4844-2788-8329.v1