1251a
10/15

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | |
|---|---|
| Cuker Interactive, LLC <br><br> Debtor(s) | BANKRUPTCY NO.   18−07363−LA11 |
| **Pillsbury Winthrop Shaw Pittman LLP** <br><br> Appellant(s) | ADVERSARY NO.   20−90075−LA |
| **Cuker Interactive, LLC** <br><br> Appellee(s) | BANKRUPTCY APPEAL NO.   2 |

## NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
## COMBINED WITH SERVICE OF NOTICE OF APPEAL

TO:   **Cuker Interactive, LLC**

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by
**Pillsbury Winthrop Shaw Pittman LLP**

with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101, from the USDC website at www.casd.uscourts.gov, or by calling (619) 557−5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above−named person(s).

DATED: 9/22/20

Michael Williams
Clerk of the U.S. Bankruptcy Court