# Notice Recipients

District/Off: 0974–3  User: Admin.  Date Created: 9/22/2020
Case: 20–90075–LA  Form ID: 1251a  Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Matthew S. Walker       matthew.walker@pillsburylaw.com
aty     Michael D. Breslauer    mbreslauer@swsslaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee   Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101
ust     U. S. Trustee    880 Front Street Suite 3230    , CA 92101

TOTAL: 2