1254
12/18

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

**IMPORTANT TIPS REGARDING THE ATTACHED NOTICE OF APPEAL**

1. Ensure the U.S. Bankruptcy Court's (USBC) internal control appeal number is listed on the face page of any further documents or pleadings filed in reference to this appeal.

    The USBC internal control appeal number for this appeal is **2**

2. The deadlines for this appeal are:
    - Appellant Designation of Record Due By 10/6/20
    - Statement of Issues Due By 10/6/20
    - Appellee Designation of Record Due By 10/20/20
    - Court Follow–up/Transmission of Record to BAP/USDC Due By 11/6/20

3. If requesting transcripts as part of perfecting the record on appeal, you must file the form **Request for Production of Transcript on Appeal (CSD 1253)** as a separate document. This form can be found on the Court's Web site: http://www.casb.uscourts.gov/html/csdforms/CSD1253. To order transcripts, call Court Reporter Nancy Wingis at (858) 775–0283.

4. Appeals referred to:

    **United States District Court (USDC):**
    The record on appeal must be filed with the U.S. Bankruptcy Court. Follow these guidelines: The record on appeal must be submitted by electronic media, with a label on the media itself or its cover indicating the bankruptcy case number, adversary number, if applicable, the USDC case number and the title "BK Record on Appeal". Multiple documents listed on the designation of record may be combined into a single PDF file. The documents should be combined in chronological order as indicated on the designation of record. Each pdf file should not exceed 35 megabytes. The documents do not need tabs or anything separating them.

    **Bankruptcy Appellate Panel (BAP):**
    Follow the instructions that you will receive in the Opening Letter sent directly from the BAP.

5. For information on appellate rules and procedures for the BAP, USDC, or the Ninth Circuit Court of Appeals, visit their websites at:

    | | |
    |---|---|
    | BAP | www.bap09.uscourts.gov |
    | USDC | www.casd.uscourts.gov |
    | Court of Appeals | www.ca9.uscourts.gov |