# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 9/22/2020 |
| Case: 20–90075–LA | Form ID: 1254 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Matthew S. Walker | matthew.walker@pillsburylaw.com |
| aty | Michael D. Breslauer | mbreslauer@swsslaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| ust | United States Trustee | Office of the U.S. Trustee | 880 Front Street | Suite 3230 | San Diego, CA 92101 |
| ust | U. S. Trustee | 880 Front Street Suite 3230 | , CA 92101 | | |

TOTAL: 2