# Notice Recipients

District/Off: 0974–3      User: Admin.      Date Created: 9/22/2020
Case: 20–90075–LA      Form ID: pdfO4      Total: 4

**Recipients of Notice of Electronic Filing:**
aty      Matthew S. Walker      matthew.walker@pillsburylaw.com
aty      Michael D. Breslauer      mbreslauer@swsslaw.com

                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      United States Trustee      Office of the U.S. Trustee      880 Front Street      Suite 3230      San Diego, CA 92101
ust      U. S. Trustee      880 Front Street Suite 3230      , CA 92101

                                                                                                    TOTAL: 2