1252a
06/17

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | |
|---|---|
| Cuker Interactive, LLC <br><br> Debtor(s) | BANKRUPTCY NO.   18–07363–LA11 |
| **Pillsbury Winthrop Shaw Pittman LLP** <br><br> Appellant(s) | ADVERSARY NO.   20–90075–LA |
| **Cuker Interactive, LLC** <br><br> Appellee(s) | BANKRUPTCY APPEAL NO.   2 <br> USDC CASE No. |

TRANSMITTAL MEMORANDUM

TO CLERK OF THE UNITED STATES DISTRICT COURT

BANKRUPTCY FILED DATED: 5/29/20
BANKRUPTCY JUDGE: Louise DeCarl Adler     FEE PAID: Paid
NOTICE OF APPEAL FILED ON: 9/22/29     DATE OF ENTRY OF APPEALED ORDER: 9/17/20

DATED: 9/22/20                         Michael Williams
                                       Clerk of the U.S. Bankruptcy Court