# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 9/22/2020 |
| Case: 20–90075–LA | Form ID: 1252a | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty         Matthew S. Walker          matthew.walker@pillsburylaw.com
aty         Michael D. Breslauer       mbreslauer@swsslaw.com

                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         Cuker Interactive, LLC         5600 Avenida Encinas, Suite 175          Carlsbad, CA 92008
ust         United States Trustee          Office of the U.S. Trustee         880 Front Street         Suite 3230         San Diego, CA 92101
ust         U. S. Trustee         880 Front Street Suite 3230         , CA 92101

                                        TOTAL: 3