# File a New Civil Case - Bankruptcy Court

## U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 9/22/2020 at 7:11 PM PDT and filed on 9/22/2020

**Case Name:** Plaintiffs v. Defendants
**Case Number:** 3:20-cv-99999
**Filer:**
**Document Number:** 1499

**Docket Text:**
**NOTICE OF APPEAL FROM BANKRUPTCY COURT and Statement of Election submitted., No Fee Required. Appellant: Pillsbury Winthrop Shaw Pittman LLP, Appellee: Cuker Interactive, LLC. Bankruptcy Court case number: 18-07363-LA11. Adversary Number: 20-90075-LA. BK Internal Control Appeal Number: 2. (Attachments: # (1) Notice of Referral, # (2) Transmittal Memorandum)(Cary, B.)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/22/2020] [FileNumber=14771460-0] [ba6ef1ccca0990a8373c7e4955ba0cbf7c1c204eac42f833599e540a054f95bc39cca226966ba839419fc3346454343fdf90abaa18cb77eec3b6374758b180cf]]
**Document description:** Notice of Referral
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/22/2020] [FileNumber=14771460-1] [8a4cd8d46196c5783c1d3fb0602ea230830e2c4fbba901a26cd1453a148cfce665a770fcdced33d1859e5ef721a44e4c7cbe01daf61e349be0030a8e4f370876]]
**Document description:** Transmittal Memorandum
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/22/2020] [FileNumber=14771460-2] [a775964b403208c8f911d7f34ef383d47e85b1fb47824ea1c9d287e2ec7bd018836d966f3ee7c58b7cdaf68526eb585625f2f2008ad26a1d5047600a7c47ba5b]]